UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                           **CASE NO: 6:14-cr-31-Orl-18DCI**

**ALBERT JEFFREY SANCHEZ**

## ORDER

This cause was referred to the United States Magistrate Judge for a report and recommendation on Plaintiff United States of America's Motion for Final Order of Garnishment (the "Motion") (Doc. 155). On February 1, 2018, the United States Magistrate Judge held a hearing on the Motion (*see* Doc. 161). After review of the Report and Recommendation entered on February 2, 2018 (Doc. 162) and noting that no timely objections have been filed, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge Daniel C. Irick's Report and Recommendation (Doc. 162) is **APPROVED** and **ADOPTED** and is made part of this Order for all purposes, including appellate review.

2. Plaintiff United States of America's Motion for Final Order of Garnishment (Doc. 155) is **GRANTED**.

3. Garnishee Hilton Worldwide, Inc. shall pay the current balance of Defendant Albert Jeffrey Sanchez's nonexempt interest in his 401(k) account, approximately $49,203.72, to the government as payment toward Sanchez's restitution obligation.

4. A cashier's check or money order shall be made payable to "Clerk, United States District Court," bear the notation Albert Jeffrey Sanchez, Case No. 6:14-cr-31-Orl-18DCI, bear the notation Albert Jeffrey Sanchez, Case No. 6:14-cr-31-Orl-18DCI, and be mailed to:

Clerk, United States District Court
ATTN: DCU
401 West Central Boulevard, Suite 1200
Orlando, Florida 3801

5. The Clerk of Court is **DIRECTED** to mail a copy of this Order via certified mail to Defendant Albert Jeffrey Sanchez at the address reflected on the docket.

**DONE** and **ORDERED** in Orlando, Florida, this ___1___ day of __March__, 2018.

_____
G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record
Unrepresented Parties